# In The United States Court of Federal Claims

## Cover Sheet

04-1710C

Plaintiff(s) or Petitioner(s)
JOHN E. BRANDLI, Sole Proprietorship

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] JEFF H. ECKLAND

Firm Name: ECKLAND & BLANDO LLP

Post Office Box:

Street Address: 10 SOUTH FIFTH STREET

City-State-Zip: MINNEAPOLIS, MN 55402

Telephone & Facsimile Numbers: 612/305-4440; 612/305-4439

E-mail address: ECKLANDANDBLANDO@AOL.COM

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: 1 3 4

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

Government Agency Involved: A G R

**See attached Sheet for three digit code.**

Amount Claimed: $ TO BE DETERMINED

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)**

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003