IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| JOHN E. BRANDLI, SOLE PROPRIETORSHIP, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 04-1710C |
| | ) | (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 28 days, to and including February 25, 2005, within which to respond to plaintiff's complaint. Defendant's answer is presently is due January 28, 2005. This is our first request for an enlargement of time for this purpose. Plaintiff's counsel has authorized us to state that plaintiff does not oppose this motion.

This case is one of 51 suits filed since August 6, 2004, by various plaintiffs alleging that they are owners of rural low-income rental apartment projects who entered into loan agreements with the Farmers Home Administration, United States Department of Agriculture, pursuant to section 515 and 521 of the Housing Act of 1949 (42 U.S.C. §§ 1485, 1490a (1994)), and who allege that the Government has breached these agreements and/or has taken the plaintiffs' property without just compensation as a result of the enactment of the Emergency Low Income Housing Preservation Act of 1987, Pub. L. No. 100-242, Title II, 101 Stat. 1877 (1988) (codified at 12 U.S.C. § 1715l note (1994)), and then the Housing and Community Development Act of 1992, Pub. L. No. 102-550, 106 Stat. 3672 (1992) (codified at 42 U.S.C. § 1472(c) (1994)).

After being served with a copy of the complaints in each of these cases, we promptly notified the Rural Housing Service, United States Department of Agriculture ("RHS"), the

interested agency in this case, and requested litigation reports pursuant to 28 U.S.C. § 520. The first 48 of these complaints were filed in August 2004, and we filed answers to all of these complaints by January 3, 2005. In the interim, on November 29, 2004, the complaint in this case was filed. We have not yet received a litigation report or other information sufficient for a response to this complaint.

The complaint in this case, as in the earlier-filed cases, provides the address of the plaintiff borrower, but not of the property involved. Nor does the complaint include a copy of the pertinent loan agreement or other loan documents. There are thousands of borrowers in the loan program in question, many of whom own multiple properties, and these properties are located throughout the country. Many of them have similar names, and are located in states other than the state of residence of the borrower. Therefore, in order to locate the relevant files, the agency must first determine the location of the property, and which state, area, or local office of the agency maintains those files. This could not be done based solely upon the information contained in the complaint. We discussed this difficulty with plaintiff's counsel, and, in order to facilitate the process of gathering the necessary information, plaintiff's counsel agreed to provide us with the agency's case number for the property, which would enable the agency to identify the property and the loan in question. Thereafter, plaintiff's counsel provided the requested case number; however, when the agency entered that number in its multi-family housing data base, no property was found. On January 27, 2005, upon further discussing this with plaintiff's counsel, we were provided with the address of the property and the location of the local agency office that serviced the loan in question, and we immediately provided this information to the agency.

The enlargement of time we are requesting is necessary to allow agency counsel to obtain the necessary files and prepare the litigation report, and to allow defendant's counsel adequate time to review the report and accompanying documents, and prepare the response to the complaint.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

January 28, 2005