# In the United States Court of Federal Claims

No. 04-1710C
(Filed: August 3, 2005)

*********************************
JOHN E. BRANDLI,
Sole Proprietorship,

*Plaintiff*,
v.

UNITED STATES,

*Defendant*.
*********************************

ORDER

By order of April 5, 2005, this action was stayed. Judge Marian Blank Horn has informed me that she will now handle this case and other related cases for settlement purposes. Accordingly, the clerk is directed to assign this case to Judge Horn for Alternate Dispute Resolution pursuant to Appendix H of this court's rules.

s/Eric G. Bruggink
ERIC G. BRUGGINK
Judge

cc: Judge Marian Blank Horn